Appeal from Circuit Court, Lowndes County; Ernest L. Brown, Judge.
W. David Dunn, Steven McEwen, Dunn, Webb & McEwen, Columbus, for appellant.
No Brief of appellee filed.
Dorrance Aultman, Patricia L. Trantham, Aultman, Tyner, McNeese & Ruffin, Hat-tiesburg, Joe 0. Sams, Jr., Sams & Kesler, Columbus, Edwin Lloyd Pittman and Mike Moore, Attys. Gen., by Samuel W. Keyes, Jr., Sp. Asst. Atty. Gen., Jackson, for ami-cus curiae.
Before ROY NOBLE LEE, C.J., and ROBERTSON and ANDERSON, JJ.
AFFIRMED IN PART; REVERSED IN PART AND REMANDED.
HAWKINS and DAN M. LEE, P.JJ., SULLIVAN, GRIFFIN and ZUCARRO, JJ., concur.
Not participating PRATHER, J.